### EX PARTE WALLACE MARTIN.

#### No. 6985. Decided May 3, 1922.

**Habeas Corpus—Contempt—Grand Jury—Companion Case.**

Where the record in the instant case is an exact duplicate of that in the case of Ex Parte Jim Jennings, No. 6978, and Ex Parte Miller, 240 S. W. Rep., 944, this day decided, the same is disposed of in the same manner, and the relator discharged.

From Wichita County.
Original Habeas Corpus proceedings, asking release under arrest from a judgment of contempt for refusing to testify as a witness before the grand jury.
The opinion states the case.

*J. W. Akin,* and *Weldon, McDonald & Cummings,* and *Engleking & Dotson,* and *Chas. L. Black,* for relator.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Relator was adjudged to be guilty of contempt in refusing to answer questions propounded by the grand jury and seeks relief upon an original writ of habeas corpus. The record in the instant case is an exact duplicate of that in the case of Ex parte Jim Jennings, No. 6978, 240 S. W. Rep., 942; and Ex parte Miller, No. 6986, 240 S. W. Rep., 944; this day decided.

For the reasons therein stated the relator in this case must also be discharged, and it is so ordered.

*Relator discharged.*